```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATIE ELLEN PURIS,                       :
                                         :
                          Plaintiff,     :    24cv944 (DLC)
              -v-                        :
                                         :        ORDER
TIKTOK INC., et al.,                     :
                                         :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The docket reflects that defendant ByteDance Ltd. ("ByteDance") was served on February 22, 2024, and that its deadline to answer or otherwise respond to the complaint was March 14. No answer has been filed and no appearance has been entered. The affidavit of service appears to reflect that service was made by serving the Corporation Service Company ("CSC") at 80 State Street, Albany, NY 12207. Accordingly, it is hereby

ORDERED that the plaintiff shall file a letter no longer than two (2) pages by **April 3, 2024** explaining its basis to believe that service on CSC is effective service on ByteDance.

Dated:    New York, New York
          March 29, 2024

                                           _____
                                              DENISE COTE
                                       United States District Judge