

**Michael J. Willemin**
mwillemin@wigdorlaw.com

May 22, 2024

*Seyfarth shall supply the contact information by 5/23 at noon.*

*/s/ Denise Cote
5/22/24*

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St., Room 18B
New York, NY 10017

   RE: <u>Puris v. TikTok Inc. et al., Case No: 24-cv-944</u>

Dear Judge Cote,

We represent Plaintiff in this action and write in connection with Your Honor's May 15, 2024 Order which, *inter alia*, directed counsel at Seyfarth Shaw LLP ("Seyfarth") to produce contact information for Defendants Douyin Limited ("Douyin") and Lidong Zhang. Specifically, we respectfully request that Your Honor order Seyfarth to produce the information by the close of business today, May 22, 2024.

On May 16, 2022 Order, I reached out to Ivan Smith, Esq., counsel at Seyfarth, and asked that he forward the required contact information. Mr. Smith did not respond. So, at 12:00pm on May 20, 2022, I followed up and advised that if we did not get the contact information that day, we would have to contact the Court. Mr. Smith did not respond to that email either. At approximately 10:00pm that evening, I advised Mr. Smith that we would be writing to the Court the following morning. Finally, on the morning of May 21, 2022, five days after my initial email, Mr. Smith finally responded and stated that he "hope[d] to get [me] the information today." He did not get me the information.

As such, at 7:30pm last night I wrote, "Ivan, just a head's up that we are filing with the Court. It is inconceivable to me that it could take this long to send me contact information and I've lost faith that I'm going to get anything meaningful on this." Mr. Smith responded: "I am sorry for the delay however we are trying to make sure we give you the correct information and there [are] no issues this time." I responded, "I appreciate that but I don't see any way short of writing to the Court that it's going to happen. Even if you never had their information, I am sure Shou does." I have yet to receive a response to that last email.



Hon. Denise L. Cote
May 22, 2024
Page 2

My reference to "Shou" was to Shou Zi Chew, who is the Chief Executive Officer of Defendant TikTok, Inc. ("TikTok"). Mr. Smith represents TikTok, which is an affiliate of Douyin. More to the point, Mr. Smith represents Bytedance Ltd., which: (i) is Douyin's parent company; and (ii) employs Mr. Lidong's supervisors. Even assuming that Mr. Smith never had the ability to contact Douyin or Mr. Lidong – an extraordinary proposition given the procedural history and his representations in this case – his clients could furnish the contact information in mere minutes. As such, it is clear to us that Mr. Smith is either being directed to stall or his clients are not giving him the contact information notwithstanding the Order of this Court.

Accordingly, we respectfully request that Your Honor order Seyfarth to produce the information by the close of business today, May 22, 2024.

Respectfully submitted,

Michael J. Willemin