AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KATIE ELLEN PURIS <br> *Plaintiff* <br> v. <br> TIK TOK INC., BYTEDANCE LTD., BYTEDANCE INC., DOUYIN LIMITED, and LIDONG ZHANG <br> *Defendant* | Case No. 1:24-CV-00944 (DLC) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case, solely for purposes of moving to dismiss for lack of service, as counsel for: DOUYIN CO., LTD.[1] AND LIDONG ZHANG.

Date: July 31, 2024

*Attorney's signature*

KENNETH W. GAGE (2477784)
*Printed name and bar number*

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
*Address*

kennethgage@paulhastings.com
*E-mail address*

(212) 318-6000
*Telephone number*

(212) 319-4090
*FAX number*

---

[1] Incorrectly named in caption as Douyin Limited.