# EXHIBIT 3

hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Smith, Ivan D. <idsmith@seyfarth.com>
**Sent:** Tuesday, April 30, 2024 1:45 PM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** Stampp, Maureen M. <mstampp@seyfarth.com>
**Subject:** RE: Puris/TikTok/ByteDance

Michael,

 We are willing to accept service for all defendants, if you agree that a response to your Amended Complaint is due 90 days from when you file the Amended Complaint.

**Ivan D. Smith** | Partner | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-3392
idsmith@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.





**From:** Smith, Ivan D. <idsmith@seyfarth.com>
**Sent:** Friday, April 26, 2024 7:11 PM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** Stampp, Maureen M. <mstampp@seyfarth.com>
**Subject:** RE: Puris/TikTok/ByteDance

Michael,

I tried to call you. Please give me a call at ▮▮▮▮▮▮▮▮. Please be advised that I am in the process of representing all of the defendants in this action, Therefore, please do not reach out to any corporate defendants, Lidong Zhang or any individuals employed by any corporate defendants without my express permission.


**Ivan D. Smith** | Partner | Seyfarth Shaw LLP
620 Eighth Avenue | New York, New York 10018-1405
Direct: +1-212-218-3392
idsmith@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Friday, April 26, 2024 6:01 PM
**To:** Smith, Ivan D. <idsmith@seyfarth.com>
**Subject:** RE: Puris/TikTok/ByteDance

Ivan,





Finally, as you likely know, BDL is in default. As I am sure you would not let a client default, I assume that you do not represent that entity. However, I want to make sure that all of the relevant individuals employed by ByteDance are given an opportunity to participate in a potential resolution of this matter. As such, please confirm that BDL executives Lidong Zhang, Rubo Liang and Yiming Zhang are aware of these ongoing discussions. If I do not have that confirmation tonight (or hear from a lawyer representing them), I will communicate directly with them about this matter.

Thanks,

**Michael J. Willemin**
Partner

212 257 6800
85 Fifth Avenue
New York, NY 10003

[wigdorlaw.com [wigdorlaw.com]](wigdorlaw.com)

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to

anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.