```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATIE ELLEN PURIS,                       :
                                         :
                         Plaintiff,      :    24cv944 (DLC)
              -v-                        :
                                         :          ORDER
TIKTOK INC., et al.,                     :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 31, 2024, defendants Douyin Co., Ltd. and Lidong Zhang filed a motion to dismiss the amended complaint in this action pursuant to Rule 12(b)(5), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that the plaintiff shall file any amended complaint by August 21, 2024. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall serve any opposition to the motion to dismiss by August 21. Defendants' reply, if any, shall be served by August 28. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        July 31, 2024

                                                                                          */s/ Denise Cote*
                                                         DENISE COTE
                                     United States District Judge

2