```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATIE ELLEN PURIS,                       :
                                         :
                     Plaintiff,          :   24cv944 (DLC)
          -v-                            :
                                         :   ORDER
TIKTOK INC., et al.,                     :
                                         :
                     Defendants.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 21, 2024, the plaintiff filed a second amended complaint ("SAC"). It is hereby

ORDERED that defendants TikTok Inc., ByteDance Ltd., and ByteDance Inc.'s July 19, 2024 motion to compel arbitration is denied as moot without prejudice to renewal.

IT IS FURTHER ORDERED that defendants Douyin Co., Ltd. and Lidong Zhang's July 31, 2024 motion to dismiss is denied as moot without prejudice to renewal.

IT IS FURTHER ORDERED that the defendants shall file their motions to dismiss or otherwise respond to the SAC by **September 23, 2024.**

IT IS FURTHER ORDERED that the plaintiff shall file any oppositions to the motions to dismiss or motions to compel arbitration by **October 18, 2024.** Replies, if any, shall be filed by **November 1.** At the time any reply is filed, the moving

party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 22, 2024

                                              _____
                                                DENISE COTE
                                        United States District Judge

2