```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
KATIE ELLEN PURIS,                      :
                                        :
                    Plaintiff,          :     24cv944 (DLC)
          -v-                           :
                                        :     ORDER
TIKTOK INC., et al.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held on September 6, 2024, it is hereby

ORDERED that defendants Douyin Co., Ltd. and Lidong Zhang's motion to dismiss pursuant to Rule 12(b)(5), Fed. R. Civ. P., is due **September 9, 2024**. Plaintiff shall file any opposition to the motion to dismiss by **September 20**. Defendants' reply, if any, shall be filed by **September 27**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that other motions to dismiss or motions to compel arbitration are due **September 23, 2024**. Plaintiff shall file any opposition by **October 18**. Defendants' reply, if any, shall be filed by **November 1**. At the time any

reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that defendants TikTok Inc., ByteDance Ltd., and ByteDance Inc.'s September 5, 2024 request for a stay of the responsive pleading deadline is denied.

Dated:   New York, New York
         September 6, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge