

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

idsmith@seyfarth.com
T (212) 218-3393

www.seyfarth.com

September 23, 2024

**VIA ECF**

The Honorable Denise L. Cote, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    Re: ***Puris v. TikTok Inc., et al.***
         Case No.: 1:24-cv-00944

Dear Judge Cote:

    This firm represents Defendants TikTok Inc., ByteDance Ltd., and ByteDance Inc. (collectively "Defendants") in the above-referenced matter. Pursuant to Section 4(F) of Your Individual Practices in Civil Cases, Defendants hereby respectfully request oral argument on to Defendants' pending Motion to Compel Arbitration (the "Motion") filed herewith.

    Defendants respectfully assert that oral argument would aid in the Court's consideration of the Motion. In particular, the Motion seeks this Court to compel all of Plaintiff's claims in the Second Amended Complaint to arbitration and stay the action. As such, Defendants believe oral argument would aid the Court's consideration of key legal arguments asserted by both parties. Accordingly, Defendants respectfully request oral argument as to its pending Motion.

    We thank your Honor for your consideration of this request.


Respectfully submitted,

SEYFARTH SHAW LLP


/s/ *Ivan Smith*


Ivan D. Smith


IDS:/jam


313787674v.1