UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KATIE ELLEN PURIS,                       :
                                         :
                          Plaintiff,     :      24cv944 (DLC)
            -v-                          :
                                         :      ORDER
TIKTOK INC., et al.,                     :
                                         :
                          Defendants.    :
-----------------------------------------X
DENISE COTE, District Judge:

    Having received the plaintiff's November 27, 2024 motion for reconsideration of the Opinion of November 13, it is hereby

    ORDERED that the plaintiff shall promptly serve her motion papers and this Order on defendants Douyin Co., Ltd., and Lidong Zhang through their counsel and file proof of such service on ECF by **December 4, 2024**.

    IT IS FURTHER ORDERED that the parties shall, by **December 6, 2024**, confer and propose any alternative language to the following revised conclusion of the Opinion of November 13:

> Douyin and Zhang's September 9 motion is granted to the extent it sought to quash service. The plaintiff must serve those two defendants through Hague Convention procedures if she wishes to pursue her claims in this action against them. The plaintiff shall file a status update on those efforts by February 28, 2025.

Dated:     New York, New York
           December 2, 2024

                                               _____
                                                   DENISE COTE
                                    United States District Judge