

Michael J. Willemin
mwillemin@wigdorlaw.com

February 7, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St., Room 18B
New York, NY 10017

      RE:    Puris v. TikTok Inc. et al., Case No: 24cv944

Dear Judge Cote,

We represent Plaintiff in this action and write with consent of Defendants to respectfully request an adjournment of the conference scheduled in Your Honor's January 30, 2025 Order. Dkt. No. 124. The conference is currently scheduled for February 14, 2025. We respectfully request that the conference be rescheduled to a date and time at Your Honor's discretion during the week of February 24, 2025. We are making this request due to Plaintiff's counsel's out-of-state travel obligations.

This short extension of time will not affect any currently scheduled deadlines in this matter.

We thank Your Honor for the Court's time and consideration.

Respectfully submitted,

Michael J. Willemin

*[Handwritten note: The conference is adjourned to February 27 at 3:00 p.m.
Denise Cote
2/7/25]*