```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    24cv944 (DLC)
KATIE ELLEN PURIS,                      :
                                        :         ORDER
                        Plaintiff,      :
            -v-                         :
                                        :
TIKTOK INC., et al.,                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 23, 2024, the defendants moved to compel arbitration and stay this case pending arbitration. An Opinion of January 30, 2025 denied the motion to compel arbitration and stay the case ("January 30 Opinion"). On February 10, the defendants filed a notice of appeal of the January 30 Opinion.

An appeal may be taken from an interlocutory order denying a motion to compel arbitration. 9 U.S.C. § 16(a). And a district court typically must stay the case while such an order is being appealed. Coinbase, Inc. v. Bielski, 599 U.S. 736, 740 (2023). Accordingly, it is hereby

ORDERED that the parties shall by **February 18, 2025** submit letters setting forth any reason why this case should not be

stayed pending the appeal of the January 30 Opinion.

Dated:    New York, New York
          February 11, 2025

                                          _____
                                                  DENISE COTE
                                          United States District Judge

2