UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   24cv944 (DLC)
KATIE ELLEN PURIS,                       :
                                         :   ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
TIKTOK INC., et al.,                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On September 23, 2024, the defendants moved to compel arbitration and stay this case pending arbitration. An Opinion of January 30, 2025 denied the motion to compel arbitration and stay the case ("January 30 Opinion"). On February 10, the defendants filed a notice of appeal of the January 30 Opinion. An Order of February 11 invited letters submitted by February 18 setting forth any reason why this case should not be stayed pending the appeal of the January 30 Opinion. No such letters were submitted. Accordingly, it is hereby

ORDERED that this case is stayed pending the appeal of the January 30 Opinion.

IT IS FURTHER ORDERED that the conference scheduled for

February 27, 2025 is adjourned sine die.

Dated:   New York, New York
         February 19, 2025

                                             DENISE COTE
                                United States District Judge