**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
KATIE ELLEN PURIS,                          :
                                            :     Civil Case No.: 1:24-cv-00944
                           Plaintiff,       :
                                            :
              v.                            :
                                            :
TIKTOK INC. and BYTEDANCE LTD.,             :
                                            :
                           Defendants.      :
------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Brooke Payton of Wigdor LLP hereby enters her

appearance as counsel on behalf of Plaintiff Katie Ellen Puris in the above-captioned matter.

Dated: May 28, 2026
      New York, New York                         Respectfully submitted,

                                         **WIGDOR LLP**

                                         By: _____
                                           Brooke Payton

                                         85 Fifth Avenue
                                         New York, NY 10003
                                         Telephone: (212) 257-6800
                                         Facsimile: (212) 257-6845
                                         bpayton@wigdorlaw.com

                                         *Counsel for Plaintiff*

1